IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CURTIS STANCIL                        :         CIVIL ACTION
                                      :
vs.                                   :
                                      :         NO.  11-cv-3974-EL
NCO FINANCIAL SYSTEMS, INC.

## O R D E R

**AND NOW, TO WIT:** this 19th day of September, 2011, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

Jurisdiction is retained to supervise and, if necessary, enforce implementation of settlement agreement or other consensual disposition.

**MICHAEL E. KUNZ**, Clerk of Court


BY:  /s/ K. Crispell
     Kathryne M. Crispell
     Deputy Clerk


Copies to:  (by E-Mail)

**AMY L. BENNECOFF**
abennecoff@lemonlaw.com,teamkimmel@creditlaw.com,Kimmel@creditlaw.com

**ROSS S. ENDERS**
renders@sessions-law.biz,kdesantis@sessions-law.biz

**CRAIG THOR KIMMEL**
kimmel@creditlaw.com,teamkimmel@creditlaw.com